MINUTE ENTRY
MORGAN, J.
August 22, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LYLE DOTSON, ET AL.,** Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-15371** |
| **COL. MICHAEL EDMONSON, ET AL.,** Defendants | **SECTION: "E" (1)** |

A status conference was held on August 22, 2017 at 2:30 p.m. in the chambers of Judge Susie Morgan.

Present: James Craig, Elizabeth Cumming, and Emily Washington, counsel for Plaintiffs, Lyle Dotson and Olon Dotson; Gregory Fahrenholt, counsel for Defendants, Michael Edmonson, Donovan Archote, Huey McCartney, Calvin Anderson, Tagee Journee, and Rene Bodet.

The parties discussed the status of the case. The Court instructed the parties to send copies of the two Cooperative Endeavor Agreements to the Court's e-file address.[1]

Plaintiffs' counsel stated they will confer with Defense counsel and try to narrow their discovery requests.

The Court instructed the parties to contact the assigned magistrate judge to schedule a settlement conference at least two weeks before the scheduled pretrial conference.

**New Orleans, Louisiana, this 22nd day of August, 2017.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:30)

---

[1] Efile-morgan@laed.uscourts.gov