MINUTE ENTRY
VAN MEERVELD
August 10, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LYLE DOTSON and OLON DOTSON | * | CIVIL ACTION |
| *Plaintiffs* | * | NO.   16-15371 |
| | * | |
| VERSUS | * | SECTION:   "E" (1) |
| | * | |
| COL. MICHAEL EDMONSON, ET AL | * | JUDGE SUSIE MORGAN |
| *Defendants* | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |

A settlement conference was held on Friday, August 10, 2018.

PRESENT: *For the Plaintiff:*     Emily Washington, Elizabeth Cumming, James Craig

*For the Defendant:* Gregory Fahrenholt, Diane Williams

Negotiations were successful and resulted in the settlement of all claims.   The U.S. District Judge's chambers have been notified.   The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

Janis van Meerveld
United States Magistrate Judge

MJSTAR: 01:55