UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LYLE DOTSON, ET AL** | * | NUMBER 2:16-cv-15371-SM-JVM |
| | * | |
| **VERSUS** | * | SECTION "E" (1) |
| | * | |
| **MICHAEL EDMONSON, ET AL** | * | JUDGE SUSIE MORGAN |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Motion to Designate Under Protective Order**

Now into court, through undersigned counsel, comes Louisiana State Police ("LSP"), a third party to this lawsuit, which respectfully requests that, pursuant to the Order and Reasons granting Plaintiff's Motion to Modify Protective Order, this Court designate the following LSP Policies, or portions thereof, protected from public disclosure via a protective order for public safety concerns, including the protection of public servants and law enforcement officers. In support of this Motion to Designate Under Protective Order, and as set forth in more detail in the accompanying Memorandum in Support, LSP state the following:

1. Each LSP Policy attached hereto has been redacted to demonstrate to the Court which portions of said procedures implicate public safety concerns if disclosed and was previously produced in full.

2. Out of the total 395 page Manual that contains the policies, the policies for which protection is sought comprises only 49 pages.

3. P.O. 223 – Firearms, in full or in part, should be protected from disclosure because disclosure would implicate the safety of LSP officers in that it describes the types of weapons carried by officers and the manner in which those weapons are carried. See Exhibit 1.

4. P.O. 237 – Uniform, Appearance and Ballistic Vest, in full or in part, should be protected from disclosure because disclosure would implicate the safety of LSP officers in that it describes who is required to wear protective vests and in what situations officers are required to wear the same. See Exhibit 2.

5. P.O. 238 – Use of Force, in full or in part, should be protected from disclosure because disclosure would implicate the safety of LSP officers in that it contains tactical information which describes when officers may use specific weapons. See Exhibit 3.

6. P.O. 243 – License Plate Recognition Reader System, in full or in part, should be protected from disclosure because disclosure would implicate the ability of LSP to conduct investigations in that it describes investigative equipment and techniques. See Exhibit 4.

7. P.O. 402 – Communications, in full or in part, should be protected from disclosure because disclosure would implicate the safety and security of LSP officers in that it describes the organization of communication between LSP officers internally and communications including outside agencies. See Exhibit 5.

8. P.O. 604 – Special Weapons and Tactics (SWAT), in full or in part, should be protected from disclosure because disclosure would implicate the safety of LSP officers in that it contains specialized tactical information. See Exhibit 6.

9. P.O. 1105 – Criminal Patrols, in full or in part, should be protected from disclosure because disclosure would implicate the safety of LSP officers in that it describes investigative techniques. See Exhibit 7.

10. P.O. 1112 – Pursuit/Roadblock, in full or in part, should be protected from disclosure because disclosure would implicate the safety of LSP officers in that it describes investigative techniques and tactical information. See Exhibit 8.

11. P.O. 1114 –Trailer Serial Numbers, VIN Replacement and Physical Inspections, in full or in part, should be protected from disclosure because disclosure would implicate the integrity of trailer stamping operations leading to public fraud in that it describes how VINs are assigned. See Exhibit 9.

12. P.O. 1201 – Security/Protection Details, in full or in part, should be protected from disclosure because disclosure would implicate the safety of LSP officers, the Governor of Louisiana, and other dignitaries in that it describes the manner in which those classes of persons are protected by LSP officers. See Exhibit 10.

13. P.O. 1301 – Bombing Incidents, Threats & Transportation of Explosives, in full or in part, should be protected from disclosure because disclosure would implicate the safety of LSP officers and the public in that it describes investigative techniques used in situations involving the use, or threat of use, of explosives. See Exhibit 11.

WHEREFORE, LSP respectfully moves this Court to designate the foregoing LSP Policies, or portions thereof, protected from public disclosure via a protective order for public safety concerns.

RESPECTFULY SUBMITTED BY:

s/ Faye Dysart Morrison
---
Faye Dysart Morrison, Bar Roll No. 23049
Attorney for Louisiana State Police
7979 Independence Blvd., Suite 307
P.O. Box 66614, Slot B-4
Baton Rouge, Louisiana 70896
(225) 925-6103
(225) 925-4624 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2019, I served the foregoing on all counsel of record via the Court's Case Management/Electronic Case Files (CM/ECF) system.

s/ Faye Dysart Morrison
---
Faye Dysart Morrison